## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA RIOS, and<br>CARLOS PACHECO, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-CV-02311-WSD |
| vs. | ) | |
| | ) | |
| BELL'S COMPLETE LANDSCAPING, | ) | |
| INC. and MICHAEL BELL, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK AS TO BELL'S COMPLETE LANDSCAPING, INC.

Comes now the Plaintiff and requests that the Clerk of this Court enter a Default as to Defendant Bell's Complete Landscaping, Inc., pursuant to Fed.R.Civ.Pro. 55(a).

1. The Defendant, Bell's Complete Landscaping, Inc., is a corporation organized under the laws of the State of Georgia. See Exhibit "A"

2. A corporation may be served "in a manner prescribed by Rule 4(e)(1) for serving an individual." Fed.R.Civ.Pro. 4(h)(1)(A).

1

3. An individual may be served by a qualified individual "following state law for serving a summons in an action brought in courts of general jurisdiction [in Georgia]." *Id.*

4. In Georgia, service of process on a corporation may be accomplished in at least two different ways: 1) Service pursuant to O.C.G.A. 9-11-4(e)(1)(the Civil Practice Act) and 2) Service pursuant to O.C.G.A. § 14-2-504(b)(the Georgia Corporation's Code). These two methods are cumulate and not exclusive. See O.C.G.A. § 14-2-504(c)("This Code Section does not prescribe the only means, or necessarily the required means, of serving a corporation.") See *Lexington Developers, Inc. v. O'Neal Constr. Co.*, 142 Ga. App. 434, 438 (1977), reversed on other grounds, *O'Neal Constr. Co. v. Lexington Developers, Inc.*, 240 Ga. 376 (Ga. 1977).

5. Pursuant to O.C.G.A. § 14-2-501, each corporation in Georgia must continuously maintain in the state:

   (1) A registered office that may be the same as any of its places of business; and

   (2) A registered agent, who may be:

      (A) A person who resides in this state and whose business office is identical with the registered office;

      (B) A domestic corporation or nonprofit domestic corporation whose business office is identical with the registered office; or

(C) A foreign corporation or nonprofit foreign corporation authorized to transact business in this state whose business office is identical with the registered office.
*Id.*

6. A corporation's registered agent is the corporation's agent for service of process, notice, or demand required or permitted by law to be served on the corporation. O.C.G.A. § 14-2-504 (a). In creating a registered agent statute, the legislature intended to virtually eliminate the possibility of evasion of service of process by domestic corporations. See *American Consol. Service Corp. v. Nationwide Mut. Ins. Co.*, 156 Ga. App. 193 (1980).

## Service Under the Civil Practice Act, Title 9.

O.C.G.A. § 9-11-4 (e)(1) provides in part:

Service shall be made by delivering a copy of the summons attached to a copy of the complaint as follows:

If the action is against a corporation incorporated or domesticated under the laws of this state  . . . to the president or other officer of the corporation, secretary, cashier, managing agent, or other agent thereof, provided that *when for any reason service cannot be had in such manner, the Secretary of State shall be an agent of such corporation upon whom any process, notice, or demand may be served.* Service on the Secretary of State of any such process, notice, or demand shall be made by delivering to and leaving with him or her or with any other person or persons designated by the Secretary of State to receive such service a copy of such

3

process, notice, or demand, along with a copy of the affidavit to be submitted to the court pursuant to this Code section. The plaintiff or the plaintiff's attorney shall certify in writing to the Secretary of State that he or she has forwarded by registered mail or statutory overnight delivery such process, service, or demand to the last registered office or agent listed on the records of the Secretary of State, that service cannot be effected at such office, and that it therefore appears that the corporation has failed either to maintain a registered office or to appoint a registered agent in this state. Further, if it shall appear from such certification that there is a last known address of a known officer of the corporation outside the state, the plaintiff shall, in addition to and after such service upon the Secretary of State, mail or cause to be mailed to the known officer at the address by registered or certified mail or statutory overnight delivery a copy of the summons and a copy of the complaint. Any such service by certification to the Secretary of State shall be answerable not more than 30 days from the date the Secretary of State receives such certification. *[Emphasis added]*.

Pursuant to this Statute, on March 8, 2011, Plaintiff mailed the Complaint and Summons to the Georgia Secretary of State's Office along with certification from Plaintiff's counsel stating the following:

- Copies of the Complaint and Summons have been forwarded to Defendant's registered agent by registered mail;

- A private process server has attempted service on numerous occasions and service cannot be effected at Defendant's registered office;

- That it appears that Defendant has failed to maintain a registered office in this State or appoint a registered agent.
  See Exhibit "B"

4

The Secretary of State filed the paperwork accordingly on March 10, 2011 and returned a Certificate of Filing, attached hereto as Exhibit "C".

## Service Under the Corporation Statute(s).

O.C.G.A. § 14-2-504 provides:

(b) If a corporation has no registered agent or the agent cannot with reasonable diligence be served, the corporation may be served by registered or certified mail or statutory overnight delivery, return receipt requested, addressed to the secretary of the corporation at its principal office. Service is perfected under this subsection at the earliest of:

(1) The date the corporation receives the mail;

(2) The date shown on the return receipt, if signed on behalf of the corporation; or

(3) Five days after its deposit in the mail, as evidenced by the postmark, if mailed postage prepaid and correctly addressed.

As set out in the affidavits of Sarah Toenes (See Exhibit "D") and the process server (See Exhibit "B"), the agent for Bell's Landscaping could not be served with more than reasonable diligence.[1] Pursuant to O.C.G.A. § 14-2-504, a copy of the summons and

---

[1] The threshold of reasonable diligence is not specifically defined by statute. In *Lexington Developers, Inc. v. O'Neal Constr. Co.*, 142 Ga. App. 434, 438 (1977), the Georgia Court of Appeals stated that "that determination must be made by the only persons authorized to serve the "summons and complaint -- those designated by the applicable statute." Id., at 440. The Georgia Supreme Court held that this specific issue was not presented in that because the Defendant had failed to maintain a registered agent, it was not necessary to reach the issue of whether "reasonable diligence" was employed. See *O'Neal Constr. Co. v. Lexington Developers, Inc.*, 240 Ga. 376, 377 (Ga. 1977).

complaint was served via certified mail, return receipt requested, along with as first class mail addressed to both the secretary of the corporation and to the registered agent of the corporation at its current registered address.

## Conclusion and Request for Entry of Clerk's Judgment

As set out above, Bells Complete Landscaping, Inc. was served on March 10, 2011. Fed.R.Civ.Pro. 12 (a)(1)(A)(i) provides that a Defendant must typically answer a lawsuit within twenty-one days of service. Twenty-one days from receipt by the Georgia Secretary of State would have been *April 1, 2011*. The Georgia Corporation code, however, deems service to be five days after the last mailing of the summons and complaint (here 3-8-2011) See O.C.G.A. § 14-2-504(b)(3). This date, coupled with the twenty-one day answer period under Fed.R.Civ.Pro., would require Defendant to have answered by *April 3, 2011*. However, Georgia's Civil Practice Act, O.C.G.A. § 9-11-4 (e)(1), specifically provides that "Any such service by certification to the Secretary of State shall be answerable not more than 30 days from the date the Secretary of State receives such certification." Under the Georgia Civil Practice Act, therefore, Defendants would not be required to answer until *April 10, 2011*.

---

In this case, the process server, who is authorized to serve process pursuant to Fed.R.Civ.Pro. 4(e), has testified that the agent of the Defendant corporation could not with reasonable diligence be served. She has provided the Court with the facts from which she formed her conclusion.

As all three of these deadlines have passed without Defendant's response, the Complaint is now in default. Plaintiff hereby requests that a Clerk's notice of default be issued pursuant to Fed.R.Civ.Pro. 55(a).

Certificate of Compliance:  The font type (New Century School book, 13 point) and format of this document complies with ND Georgia, LR 5.1 (B)

/s/ KEVIN D. FITZPATRICK, JR.                    /s/CHARLES R. BRIDGERS
KEVIN D. FITZPATRICK, JR.                        CHARLES R. BRIDGERS
GA. BAR NO. 262375                               GA. BAR NO. 080791
3100 CENTENNIAL TOWER                            3100 CENTENNIAL TOWER
101 MARIETTA STREET                              101 MARIETTA STREET
ATLANTA, GEORGIA 30303                           Atlanta, Georgia 30303
(404) 979-3171                                   (404) 979-3150
(404) 979-3170 (f)                               (404) 979-3170 (f)
kevin.fitzpatrick@dcbflegal.com                  charlesbridgers@dcbflegal.com

COUNSEL FOR PLAINTIFF                             COUNSEL FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA RIOS, and<br>CARLOS PACHECO, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-CV-02311-WSD |
| vs. | ) | |
| | ) | |
| BELL'S COMPLETE LANDSCAPING, | ) | |
| INC. and MICHAEL BELL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document has been served on all parties or their counsel by first class mail, addressed as follows:

> Ms. Adra Bell
> Secretary and Registered Agent
> Bell's Complete Landscaping, Inc.
> 6480 Marsham Drive
> Atlanta, Georgia 30349

This 28th day of April, 2011.

/S/CHARLES R. BRIDGERS
CHARLES R. BRIDGERS
GA. BAR NO. 080791

8



# Georgia Secretary of State
# Brian P. Kemp

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · State Capitol

**Search**
▶ By Business Name
▶ By Control No
▶ By Officer
▶ By Registered Agent
   **Verify**
▶ Verify Certification
      **New Filing**
▶ Click here to file online for:
▶ New Limited Liability Company (LLC)
▶ New Business Corporation
▶ New Non-Profit Corporation
▶ New Professional Corporation (PC)
      **Annual Registration**
▶ Annual Registration
      **Name Reservation**
▶ File Name Reservation
   Online
      **Online Orders**
▶ Register for Online
   Orders
▶ Order Certificate of Existence
▶ Order Certified Documents

## View Filed Documents
Date: 4/28/2011  (Annual Registration History etc.)

## File Annual Registration Online
or
## Print A Paper Annual Registration Form

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



**Annual Registrations**
The Georgia Code only requires the Office of Secretary of State to retain annual registrations for a period of five years from the date in which it was filed.  Annual registrations older than five years may no longer be available for certification or viewing on the web.

### Business Name History

| Name | Name Type |
|------|-----------|
| BELL'S COMPLETE LANDSCAPING, INC. | Current Name |

### Profit Corporation - Domestic - Information
| | |
|---|---|
| Control No.: | 0572143 |
| Status: | Active/Owes Current Year AR |
| Entity Creation Date: | 10/24/2005 |
| Jurisdiction: | GA |
| Principal Office Address: | 6480 MARSHAM DRIVE ATLANTA GA 30349 |
| Last Annual Registration Filed Date: | 3/11/2010 |
| Last Annual Registration Filed: | 2010 |

### Registered Agent
| | |
|---|---|
| Agent Name: | ADRA BELL |
| Office Address: | 6480 MARSHAM DRIVE ATLANTA GA 30349 |
| Agent County: | Fulton |

### Officers
| | |
|---|---|
| Title: | CEO |
| Name: | ADRA BELL |



EXHIBIT
A

4/28/2011 9:44 AM

|            |                     |
|------------|---------------------|
| Address:   | 6480 MARSHAM DRIVE  |
|            | ATLANTA GA 30349    |

| Title:   | CFO                |
|----------|--------------------|
| Name:    | ADRA BELL          |
| Address: | 6480 MARSHAM DRIVE |
|          | ATLANTA GA 30349   |

| Title:   | Secretary          |
|----------|--------------------|
| Name:    | ADRA BELL          |
| Address: | 6480 MARSHAM DRIVE |
|          | ATLANTA GA 30349   |



March 8, 2011

**VIA FIRST CLASS MAIL AND
CERTIFIED MAIL**
Tracking Number: 70083230000201885360

Brian C. Kemp
Georgia Secretary of State
315 West Tower,
2 MLK, Jr. Dr.
Atlanta, GA 30334-1530

  Re: *Juan Mendoza Rios, and Carlos Pacheco v. Bell's Complete Landscaping, Inc., et al*
   United States District Court, Northern District of Georgia, Atlanta Division
   Civil Action Number: 1:10-CV-2311-WSD

Dear Mr. Kemp:

  Enclosed herewith please find the following documents with regard to the above-styled case: **(1) Complaint, (2) Summons in a Civil Action (3) Acknowledgement of Receipt and Summons (4) Certificate of Charles Bridgers and (5) Affidavit of Cynthia Moss.** We respectfully request that you accept service on behalf of the registered corporation, Bell's Complete Landscaping Inc. in accordance with O.C.G.A. § 9-11-4(e)(1).

  Please acknowledge the Receipt of Summons and Complaint and return it to our office. I enclose a return envelope for your convenience.

  Additionally, a check for $10.00 is enclosed to cover the administrative costs of service. If you should require any additional information please contact our office.

        Sincerely,

        *Karen Shelley*
        Karen Shelley

KJS
/Enclosures

**EXHIBIT**
B

Telephone 404.979.3150 • Facsimile 404.979.3170 • dcbflegal.com • 3100 Centennial Tower, 101 Marietta Street, NW, Atlanta, Georgia 30303

DeLong • Caldwell • Bridgers • Fitzpatrick

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA RIOS, and<br>CARLOS PACHECO, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-CV-02311-WSD |
| vs. | ) | |
| | ) | |
| BELL'S COMPLETE LANDSCAPING, | ) | |
| INC. and MICHAEL BELL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF CHARLES BRIDGERS

I, Charles Bridgers Esq., hereby certify, pursuant to O.C.G.A. § 9-11-4(e)(1), as follows:

1.

I am an adult and fully competent to make this certification and affidavit. I am a member of the State Bar of Georgia, in good standing, since 1993. I am the attorney for Plaintiffs Juan Mendoza Rios and Carlos Pacheo ("Plaintiffs") in this action, and I have personal knowledge of the facts stated herein,

2.

Defendant Bell's Complete Landscaping is a corporation incorporated under the laws of the State of Georgia. Currently, and at all times relevant, the secretary of the corporation and the registered agent have been Adra Bell and the corporation's principal address and address of the registered agent has been 6840 Marsham Drive, Atlanta, Georgia 30349. *See* Exhibit "A".

3.

At my direction and under my supervision, my legal assistant, Sarah Toenes, prepared an

Page 1 of 3

affidavit detailing her efforts to effectuate service of process in this matter.   This affidavit is on file with the United Stated District Court for the Northern District of Georgia, where the above styled case is pending.

4.

On previous occasions, copies of the Summons and Complaint have been mailed to the registered agent and registered office of the Defendant Bell's Complete Landscaping by both certified and first class mail with no response.

4.

A private process server made several attempts to serve a copy of the Summons and Complaint on the registered agent of Defendant Bell's Complete Landscaping, Adra Bell. The registered agent of Defendant Bell's Complete Landscaping, Inc., cannot with reasonable diligence, be served within the meaning of O.C.G.A. § 14-2-504. See Affidavit of Cynthia Moss.

5.

Based on the foregoing, undersigned counsel Charles R. Bridgers, certifies pursuant to O.C.G.A. § 9-11-4(e) that service cannot be made at the registered office or through the registered agent and, therefore, it appears that the corporation has failed either to maintain a registered office or to appoint a registered agent in this state.

6.

Undersigned also certifies that a copy of the summons and complaint in the above referenced matter were sent, via first class mail and certified mail, as defined in O.C.G.A. § 9-10-12 (a) through addressed to the secretary and registered agent of the corporation, Adra Bell, at 6840 Marsham Drive, Atlanta, Georgia 30349.

FURTHER AFFIANT SAYETH NOT

This _____8ᵗʰ_____ day of ___March___, 2011.

_____

Charles R. Bridgers

Georgia Bar No. 080791

Ga. Bar No. 080791
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404)979-3150
(404)979-3170 (fax)

Sworn to and subscribed
before me this the 8ᵗʰ
day of March, 2011.

_____
Notary Public

My Commission Expires
March 17, 2013



# Georgia Secretary of State
# Brian P. Kemp

Archives • Corporations • Elections • News Room • Professional Licensure • Securities • State Capitol

**Search**
> By Business Name
> By Control No
> By Officer
> By Registered Agent
    Verify
> Verify Certification
    New Filing
> Click here to file online for:
> New Limited Liability Company (LLC)
> New Business Corporation
> New Non-Profit Corporation
> New Professional Corporation (PC)
    Annual Registration
> Annual Registration
    Name Reservation
> File Name Reservation
  Online
    Online Orders
> Register for Online
  Orders
> Order Certificate of Existence
> Order Certified Documents

## View Filed Documents
Date: 1/21/2011 (Annual Registration History etc.)

## File Annual Registration Online
### or
## Print A Paper Annual Registration Form

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



**Annual Registrations**
The Georgia Code only requires the Office of Secretary of State to retain annual registrations for a period of five years from the date in which it was filed. Annual registrations older than five years may no longer be available for certification or viewing on the web.

### Business Name History

| Name | Name Type |
| --- | --- |
| BELL'S COMPLETE LANDSCAPING, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
| --- | --- |
| **Control No.:** | 0572143 |
| **Status:** | Active/Owes Current Year AR |
| **Entity Creation Date:** | 10/24/2005 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 6480 MARSHAM DRIVE ATLANTA GA 30349 |
| **Last Annual Registration Filed Date:** | 3/11/2010 |
| **Last Annual Registration Filed:** | 2010 |

### Registered Agent

| | |
| --- | --- |
| **Agent Name:** | ADRA BELL |
| **Office Address:** | 6480 MARSHAM DRIVE ATLANTA GA 30349 |
| **Agent County:** | Fulton |

### Officers

| | |
| --- | --- |
| **Title:** | CEO |
| **Name:** | ADRA BELL |



PLAINTIFF'S EXHIBIT A

Business Entity                                    file:///W:/KDF_Joint/BellsLandscaping-FLSA/LegalResearch/Bell's ...

| | |
|---|---|
| Address: | 6480 MARSHAM DRIVE<br>ATLANTA GA 30349 |

| | |
|---|---|
| Title: | CFO |
| Name: | ADRA BELL |
| Address: | 6480 MARSHAM DRIVE<br>ATLANTA GA 30349 |

| | |
|---|---|
| Title: | Secretary |
| Name: | ADRA BELL |
| Address: | 6480 MARSHAM DRIVE<br>ATLANTA GA 30349 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUAN MENDOZA RIOS, and              )
CARLOS PACHECO,                     )
                                    )
Plaintiffs,                         )        CIVIL ACTION FILE
                                    )        NO. 1:10-CV-02311-WSD
vs.                                 )
                                    )
BELL'S COMPLETE LANDSCAPING,        )
INC. and MICHAEL BELL,              )
                                    )
Defendants.                         )

## DECLARATION OF CYNTHIA MOSS

1.

Personally appeared before the undersigned officer duly authorized to administer oaths, Cynthia Moss, who, after first being duly sworn, deposes and states on oath that the following facts are true and correct to the best of her knowledge and belief:

1.

My name is Cynthia Moss. I am competent to testify and have personal knowledge of the facts stated herein.

2.

This affidavit is given in support of a Motion to Obtain Service pursuant to O.G.C.A.§ 9-11-4(e)(1) and O.G.C.A.§14-2-504(b) on Defendant Bell's Complete Landscaping, Inc..

3.

I am a private process server and have earned my living as a process server for 5 years.

4.

Page 1 of 3

From September 7, 2010 through September 23rd, 2010 I made three (3) unsuccessful attempts to serve Defendant Bell's Complete Landscaping, Inc. through its registered agent, Adra Bell at 6840 Marsham Drive, Atlanta, Georgia 30349.  This is the current address listed for Bell's Complete Landscaping, Inc.'s registered agent, office and officers with the Georgia Secretary of State. *See* Exhibit "A".

5.

I next attempted service on October 14, 2010 at 48 Legion Lake Circle, Villa Rica, Georgia 30180.  This is a residential address for the registered agent, Adra Bell, which Plaintiff's counsel found through a Lexis search.  Nobody answered the door and there were no cars in the driveway.

6.

I next attempted service on October 23, 2010 at the same address.  A car was parked in the driveway, but no one came to the door.

7.

I made all efforts to serve Defendant Bell's Complete Landscaping, Inc. that were at my disposal based on my experience as a process server. Based on the foregoing, Defendant cannot be served with reasonable diligence.

FURTHER DECLARANT SAYETH NOT

SIGNATURE TO FOLLOW

Page 2 of 3

Pursuant to 28 U.S.C 1746 , I declare under penalty of perjury that the foregoing is true and correct.

Cynthia Moss
Docket Legal Services, Inc.

# Secretary of State
## Corporations Division
### Suite 315, West Tower
## 2 Martin Luther King Jr. Dr.
## Atlanta, Georgia  30334-1530

DATE FILED        : MARCH 10, 2011
DOCKET NUMBER : 110730001
LOCATION          : U.S. DISTRICT COURT - ATLANTA, GA DI
FEE                  : $10.00

**FILING PERSON:**

KAREN SHELLEY, ESQ.
DELONG CALDWELL BRIDGERS
101 MARIETTA ST., SUITE 3100
ATLANTA, GA 30303

## CERTIFICATE OF FILING

I, **Brian P. Kemp,**  the Secretary of State of the State of Georgia, do hereby certify under the
seal of my office that copies of attached documents regarding service of process have been filed
on the date set forth above concerning the following:

### BELL'S COMPLETE LANDSCAPING, INC.
### U.S. DISTRICT COURT - ATLANTA, GA DIVISION
### CA# 110CV02311WSD - SERVICE VIA O.C.G.A. 9-11-4E1

Said documents are filed with the Secretary Of State under the docket number referred to above
and may be produced for inspection or certification.



$B = P. L$

BRIAN P. KEMP
Secretary of State



**EXHIBIT**

C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUAN MENDOZA RIOS, and )
CARLOS PACHECO, )
 )
Plaintiffs, )            CIVIL ACTION FILE
 )            NO. 1:10-CV-02311-WSD
vs. )
 )
BELL'S COMPLETE LANDSCAPING, )
INC. and MICHAEL BELL, )
 )
Defendants. )

## AFFIDAVIT OF SARAH TOENES

Personally appeared before the undersigned officer duly authorized to administer oaths, SARAH TOENES, who, after first being duly sworn, deposes and states on oath that the following facts are true and correct:

1.

My name is Sarah Toenes. I am sui juris and competent to testify and attest as to the facts stated herein.   I have personal knowledge of the facts herein.

2.

This Affidavit is given in support of Plaintiff's Motion for Extension of Time in Which to Serve Defendants.



3.

I am a legal assistant at the law firm of DeLong, Caldwell, Bridgers and Fitzpatrick, LLC.

4.

On July 27, 2010, pursuant to F.R.C.P. R.4(d), I prepared waivers of service to Defendant Bell's Complete Landscaping Inc., by and through its registered agent, Adra Bell.  *See* Exhibit "A".

- From September 7, 2010 through September 25, 2010, Process Server Cynthia Moss made three separate and unsuccessful attempts to serve the waivers on Defendant at 6480 Marsham Drive, Atlanta, Georgia 30349. *See* Exhibit "B".

- This is the current address listed for Bell's Complete Landscaping, Inc.'s registered agent, office and officers at the Georgia Secretary of State. *See* Exhibit "C".

- From October 14, 2010 through October 27, 2010, Process Server Cynthia Moss made two separate and unsuccessful attempts to serve Defendant Bell's Complete Landscaping, Inc. at 48 Legion Lake Circle, Villa Rica, Georgia 30180.  *See* Exhibit "D".

- This appears to be a residential address Counsel found after conducting a

Lexis search for Defendant's registered agent, Adra Bell.  *See* Exhibit "E".

5.

On July 27, 2010, pursuant to F.R.C.P. R.4(d), I prepared waivers of service to Defendant Michael Bell, via regular and certified U.S. Mail addressed as follows: Michael Bell at 6480 Marsham Drive, Atlanta, Georgia 30349.  *See* Exhibit "F".

- This address was obtained from a search feature on Lexis and is also linked to Defendant Bell's Complete Landscaping, Inc.  *See* Exhibit "G".

- The certified version of this letter was returned as unclaimed after three attempts at service.  *See* Exhibit "H".

- The first class version of the letter was not returned.

- From September 7, 2010 through October 27, 2010, Process Server Cynthia Moss made three separate and unsuccessful attempts to serve Mr. Bell at that same location.  *See* Exhibit "I".

- SIGNATURE TO FOLLOW -

Page 3 of 4

FURTHER AFFIANT SAYETH NOT.

_____
Sarah Toenes

Sworn to and subscribed
before me this the 3rd
day of _February_, 2011.

_____
Notary Public
MY COMMISSION EXPIRES
MARCH 17, 2013

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern _____ District of Georgia

| | |
|---|---|
| JUAN MENDOZA RIOS, and CARLOS PACHECO | )<br>) |
| _Plaintiff_ | )<br>) |
| v. | )   Civil Action No.   1:10-CV-02311-WSD |
| BELL'S COMPLETE LANDSCAPING, INC. and MICHAEL BELL | )<br>) |
| _Defendant_ | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Bell's Complete Landscaping, Inc. by and through its Registered Agent, Michael Bell
_(Name of the plaintiff's attorney or unrepresented plaintiff)_

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _July 27, 2010_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _7/27/2010_____

_____
_Signature of the attorney or unrepresented party_

Bell's Complete Landscaping, Inc. by and through its Registered Agent, Michael Bell
_____
_Printed name of party waiving service of summons_

_____
_Printed name_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion u and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if



EXHIBIT
A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUAN MENDOZA RIOS, and CARLOS      :
PACHECO,                                  :

      Plaintiff,                        :      Civil Action Number:
                                       :      **1:10-CV-02311-WSD**

vs.                                      :
                                       :      <u>**JURY TRIAL DEMANDED**</u>

BELL'S COMPLETE LANDSCAPING, INC.  :
and MICHAEL BELL,                :
                                       :

      Defendants.

NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bell's Complete Landscaping, Inc. and Michael Bell

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date ___July 27, 2010___

Signature of the attorney

Charles R. Bridgers
Printed Name

101 Marietta Street, N.W., Atlanta, GA 30303
Address

charlesbridgers@dcnblaw.com
E-mail Address

(404)979-3150
Telephone Number

## UNITED STATES DISTRICT COURT - NORHTERN DISTRICT OF GEORGIA

| | |
|---|---|
| JUAN MENDOZA RIOS AND CARLOS PACHECO ) | Case No.: 1:10-CV-02311-WSD |
| ) | |
| ) | |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | |
| BELL'S COMPLETE LANDSCAPING, INC. AND MICHAEL ) | |
| BELL ) | |
| ) | |
| ) | |
| **Defendant** ) | |

STATE OF GA: COUNTY OF FULTON        ss:

I, CYNTHIA MOSS, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

SERVING FOR: DELONG, CALDWELL & BRIDGERS, LLC, 3100 CENTENNIAL TOWER 101 MARIETTA STREET, ATLANTA, GA 30303

DATE RECEIVED: SEPTEMBER 07, 2010 at 11:40 AM

DOCUMENTS: COMPLAINT, SUMMONS IN A CIVIL ACTION

SERVE TO: BELL'S COMPLETE LANDSCAPING, INC. BY AND THROUGH ITS REGISTERED AGENT ADRA BELL

ADDRESS: 6480 MARSHAM DRIVE  ATLANTA, GA. 30349 -

I NON-SERVED the documents listed above on the below dates for the reasons indicated:

### Service Attempts

| Date/Time | | Reason for Non-Service |
|---|---|---|
| 09/07/10 | 6:45 PM | No answer at 6480 Marsham Dr. Atlanta, GA. 30349 |
| 09/16/10 | 8:22 PM | John Doe answered little confused and did not understand the question being ask about Michael Bell at 6480 Marsham Dr. Atlanta, GA. 30349 |
| 09/25/10 | 11:15 AM | Same John Doe answered stating to get off of his property and no one named Michael or Adra Bell lived at 6480 Marsham Dr. Atlanta, GA. 30349 |
| 10/14/10 | 6:54 PM | No answer, no cars in driveway at 48 Legion Lake Cir., Villa Rica, GA. 30180 |
| 10/23/10 | 10:45 AM | No answer, car in driveway (tag BNT 4977) at  48 Legion Lake Cir., Villa Rica, GA. 30180 |
| 10/27/10 | 1:12 PM | PAK & MAIL store. Defendant has a box for mail at location - 5370 Campbellton-Fairburn Rd. Suite 410-465, Fairburn GA. 30213. |

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ID: 10-000425
Client Reference: Pancheo & Bell

EXHIBIT

**B**

Cynthia Moss
DOCKET LEGAL SERVICES
80 Howard Street NW
Atlanta, GA. 30314
(404) 379-3921

Executed on: 11/11/10

Subscribed and sworn to before me, a notary public, on this 11th day of November, 2010.

Notary Public
Natasha Cooper

My Commission Expires:  04-22-12

ID: 10-000425
Client Reference: Pancheo & Bell

Business Entity                                    file:///W:/KDF_Joint/BellsLandscaping-FLSA/LegalResearch/Bell's ...



# Georgia Secretary of State
# Brian P. Kemp

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · State Capitol

Search
> By Business Name
> By Control No
> By Officer
> By Registered Agent
Verify
> Verify Certification
New Filing
> Click here to file online for:
> New Limited Liability Company (LLC)
> New Business Corporation
> New Non-Profit Corporation
> New Professional Corporation (PC)
Annual Registration
> Annual Registration
Name Reservation
> File Name Reservation
Online
Online Orders
> Register for Online
Orders
> Order Certificate of Existence
> Order Certified Documents

## View Filed Documents

Date: 1/21/2011 (Annual Registration History etc.)

---

## File Annual Registration Online

or

## Print A Paper Annual Registration Form

---

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



**Annual Registrations**
The Georgia Code only requires the Office of Secretary of State to retain annual registrations for a period of five years from the date in which it was filed. Annual registrations older than five years may no longer be available for certification or viewing on the web.

---

### Business Name History

| Name | Name Type |
|---|---|
| BELL'S COMPLETE LANDSCAPING, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| Control No.: | 0572143 |
| Status: | Active/Owes Current Year AR |
| Entity Creation Date: | 10/24/2005 |
| Jurisdiction: | GA |
| Principal Office Address: | 6480 MARSHAM DRIVE ATLANTA GA 30349 |
| Last Annual Registration Filed Date: | 3/11/2010 |
| Last Annual Registration Filed: | 2010 |

### Registered Agent

| | |
|---|---|
| Agent Name: | ADRA BELL |
| Office Address: | 6480 MARSHAM DRIVE ATLANTA GA 30349 |
| Agent County: | Fulton |

### Officers

| | |
|---|---|
| Title: | CEO |
| Name: | ADRA BELL |



EXHIBIT
C

                                                          1/21/2011 5:30 PM

| | |
|---|---|
| **Address:** | 6480 MARSHAM DRIVE<br>ATLANTA GA 30349 |
| **Title:** | CFO |
| **Name:** | ADRA BELL |
| **Address:** | 6480 MARSHAM DRIVE<br>ATLANTA GA 30349 |
| **Title:** | Secretary |
| **Name:** | ADRA BELL |
| **Address:** | 6480 MARSHAM DRIVE<br>ATLANTA GA 30349 |

# UNITED STATES DISTRICT COURT - NORHTERN DISTRICT OF GEORGIA

| | |
|---|---|
| JUAN MENDOZA RIOS AND CARLOS PACHECO | ) Case No.: 1:10-CV-02311-WSD |
| | ) |
| | ) |
| **Plaintiff** | ) |
| **v.** | ) |
| **BELL'S COMPLETE LANDSCAPING, INC. AND MICHAEL BELL** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

STATE OF GA: COUNTY OF FULTON     ss:

I, CYNTHIA MOSS, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

SERVING FOR: DELONG, CALDWELL & BRIDGERS, LLC, 3100 CENTENNIAL TOWER 101 MARIETTA STREET, ATLANTA, GA 30303

DATE RECEIVED: SEPTEMBER 07, 2010 at 11:40 AM

DOCUMENTS: COMPLAINT, SUMMONS IN A CIVIL ACTION

SERVE TO: BELL'S COMPLETE LANDSCAPING, INC. BY AND THROUGH ITS REGISTERED AGENT ADRA BELL

ADDRESS: 6480 MARSHAM DRIVE  ATLANTA, GA. 30349 -

I NON-SERVED the documents listed above on the below dates for the reasons indicated:

## Service Attempts

| Date/Time | | Reason for Non-Service |
|---|---|---|
| 09/07/10 | 6:45 PM | No answer at 6480 Marsham Dr. Atlanta, GA. 30349 |
| 09/16/10 | 8:22 PM | John Doe answered little confused and did not understand the question being ask about Michael Bell at 6480 Marsham Dr. Atlanta, GA. 30349 |
| 09/25/10 | 11:15 AM | Same John Doe answered stating to get off his property and no one named Michael or Adra Bell lived at 6480 Marsham Dr. Atlanta, GA. 30349 |
| 10/14/10 | 6:54 PM | No answer, no cars in driveway at 48 Legion Lake Cir., Villa Rica, GA. 30180 |
| 10/23/10 | 10:45 AM | No answer, car in driveway (tag BNT 4977) at  48 Legion Lake Cir., Villa Rica, GA. 30180 |
| 10/27/10 | 1:12 PM | PAK & MAIL store. Defendant has a box for mail at location - 5370 Campbellton-Fairburn Rd. Suite 410-465, Fairburn GA. 30213. |

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ID: 10-000425
Client Reference: Pancheo & Bell


EXHIBIT
D

Cynthia Moss
DOCKET LEGAL SERVICES
80 Howard Street NW
Atlanta, GA. 30314
(404) 379-3921

Executed on: 11/11/10

Subscribed and sworn to before me, a notary public, on this 11th day of November, 2010.

Notary Public
Natasha Cooper

My Commission Expires: 04-22-12

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2010 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

| **Full Name** | **Address** | **Phone** |
|---|---|---|
| BELL, ADRA LEE | 48 LEGION LAKE CIR<br>VILLA RICA, GA 30180-4444<br>CARROLL COUNTY | (404) 606-0422 |

**ADDITIONAL PERSONAL INFORMATION**

| **SSN** | **DOB** | **Gender** |
|---|---|---|
| 439-39-XXXX | 4/1965<br>(Age:45) | |

**Subject Summary**

**Name Variations**
1:  ADRA, BELL
2:  BELL, ADRA
3:  BELL, ADRA L
4:  BELL, ADRA LEE
5:  BELL, AUDRA
6:  THOMAS, ADRA
7:  THOMAS, ADRA L
8:  THOMAS, ADRA LEE

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | Most frequent SSN attributed to subject: | |
| 1: | 439-39-XXXX | Louisiana | 1980-1981 | |

**DOBs**
Reported DOBs:
4/1965

**Others Using SSN - 1 records found**

| # | Full Name | SSN | DOB |
|---|---|---|---|
| 1: | SUPP, BELLS LANDSC | 439-39-XXXX | |

**Address Summary - - 16 records found**

| No. | Address |
|---|---|
| 1: | 48 LEGION LAKE CIR<br>VILLA RICA, GA 30180-4444<br>CARROLL COUNTY |
| 2: | 6480 MARSHAM DR # SE<br>ATLANTA, GA 30349-1471<br>FULTON COUNTY |
| 3: | 6480 MARSHAM DR<br>COLLEGE PARK, GA 30349-1471<br>FULTON COUNTY |
| 4: | 3840 STONEWALL TELL RD STE B<br>ATLANTA, GA 30349-1447<br>FULTON COUNTY |



AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the

Northern _____ District of Georgia _____

| | |
|---|---|
| JUAN MENDOZA RIOS, and CARLOS PACHECO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:10-CV-02311-WSD |
| BELL'S COMPLETE LANDSCAPING, INC. and MICHAEL BELL | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Michael Bell
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   July 27, 2010 _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 7/27/2010
_____                 _____
                                                 *Signature of the attorney or unrepresented party*

Michael Bell
_____                 _____
*Printed name of party waiving service of summons*            *Printed name*

                                                 _____
                                                 *Address*

                                                 _____
                                                 *E-mail address*

                                                 _____
                                                 *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than i


PLAINTIFF'S EXHIBIT
F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUAN MENDOZA RIOS, and CARLOS
PACHECO,

      Plaintiff,

vs.

BELL'S COMPLETE LANDSCAPING, INC.
and MICHAEL BELL,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

Civil Action Number:
**1:10-CV-02311-WSD**

<u>**JURY TRIAL DEMANDED**</u>

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bell's Complete Landscaping, Inc. and Michael Bell

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date __July 27, 2010__

Signature of the attorney

Charles R. Bridgers
Printed Name

101 Marietta Street, N.W., Atlanta, GA 30303
Address

charlesbridgers@dcnblaw.com
E-mail Address

(404)979-3150
Telephone Number

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2010 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

| **Full Name** | **Address** | **Phone** |
|---|---|---|
| BELL SR, MICHAEL C | 6480 MARSHAM DR | None Listed |
| | ATLANTA, GA 30349-1471 | |
| | FULTON COUNTY | |

**ADDITIONAL PERSONAL INFORMATION**

| **SSN** | **DOB** | **Gender** |
|---|---|---|
| 433-17-XXXX | 4/1965 | Male |
| | (Age:45) | |

**Subject Summary**

**Name Variations**
1:    BELL SR, MICHAEL
2:    BELL, MICHAEL
3:    BELL SR, MICHAEL C

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | Most frequent SSN attributed to subject: | |
| 1: | 433-17-XXXX | Louisiana | 1974 | |

**DOBs**
Reported DOBs:
4/1965
5/1965

**Address Summary -  - 12 records found**

| No. | Address |
|---|---|
| 1: | 6480 MARSHAM DR |
| | ATLANTA, GA 30349-1471 |
| | FULTON COUNTY |
| 2: | 6480 6480 MARSHAM |
| | COLLEGE PARK, GA 30349 |
| | FULTON COUNTY |
| 3: | 2003 LINWOOD AVE |
| | ATLANTA, GA 30344-6831 |
| | FULTON COUNTY |
| 4: | 640 MARSHAM DR |
| | COLLEGE PARK, GA 30349 |
| | FULTON COUNTY |
| 5: | 48 CRYSTAL RIVER DR |
| | RIVERDALE, GA 30274-3120 |
| | CLAYTON COUNTY |
| 6: | 947 PINE OAK TRL |
| | AUSTELL, GA 30168-7019 |
| | COBB COUNTY |



PLAINTIFF'S EXHIBIT
G

| No. | Address |
| --- | --- |
| 7: | 2267 FERNWOOD DR<br>ATLANTA, GA 30344-1211<br>FULTON COUNTY |
| 8: | 2894 PEARL ST<br>ATLANTA, GA 30344-6857<br>FULTON COUNTY |
| 9: | 1825 MCCLELLAND AVE APT 3<br>ATLANTA, GA 30344-1643<br>FULTON COUNTY |
| 10: | 1765 LAKEWOOD<br>ATLANTA, GA 30318<br>FULTON COUNTY |
| 11: | 1839 LAKEWOOD TER SE<br>ATLANTA, GA 30315-6637<br>FULTON COUNTY |
| 12: | 1829 LAPEYROUSE ST<br>NEW ORLEANS, LA 70116-1738<br>ORLEANS COUNTY |

**Address Details**
**1: 6480 MARSHAM DR ATLANTA, GA 30349-1471**

| Address | Dates | Phone |
| --- | --- | --- |
| 6480 MARSHAM DR<br>ATLANTA, GA 30349-1471<br>FULTON COUNTY | 6/2010 | |

**Census Data for Geographical Region**
Median Head of Household Age: 38
Median Income: $54,792
Median Home Value: $111,600
Median Education: 13 years
**Household Members**
BELL, MARCUS
BELL, MICHAEL
BELL JR, MICHAEL C
**Other Associates**
REAUX, AMELIA

**2: 6480 6480 MARSHAM COLLEGE PARK, GA 30349**

| Address | Dates | Phone |
| --- | --- | --- |
| 6480 6480 MARSHAM<br>COLLEGE PARK, GA 30349<br>FULTON COUNTY | 11/2001 | |

**Census Data for Geographical Region**
Median Head of Household Age: 27
Median Income: $28,204
Median Home Value: $101,800
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**3: 2003 LINWOOD AVE ATLANTA, GA 30344-6831**

| Address | Dates | Phone |
| --- | --- | --- |
| | | |

DELONG, CALDWELL & BRIDGERS, LLC
3100 CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

NIXIE          300    D2 1       00   08/18/10

               RETURN TO SENDER
               UNCLAIMED
               UNABLE TO FORWARD

BC: 30303272099       *2091-07206-18-47

CERTIFIED MAIL
#7008323000020201886206:
Mr. Michael Bell
6480 Marsham Drive
Atlanta, Georgia 30349

UNITED STATES POSTAGE

02 1P
0003940567        $ 005.880
JUL 27 2010
MAILED FROM ZIP CODE 30303        PITNEY BOWES


PLAINTIFF'S
EXHIBIT

7006 3230 0002 0188 6206

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

mr. Michael Ben
6480 Marsham Dr.
Atlanta, GA 30349

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 3230 0002 0188 6206

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

<u>AFFIDAVIT OF NON-SERVICE</u>

# UNITED STATES DISTRICT COURT - NORHTERN DISTRICT OF GEORGIA

| | |
|---|---|
| JUAN MENDOZA RIOS AND CARLOS PACHECO | ) Case No.: 1:10-CV-02311-WSD |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| BELL'S COMPLETE LANDSCAPING, INC. AND MICHAEL BELL | ) |
| | ) |
| | ) |
| **Defendant** | ) |

STATE OF GA: COUNTY OF FULTON     ss:

I, CYNTHIA MOSS, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

SERVING FOR: DELONG, CALDWELL & BRIDGERS, LLC, 3100 CENTENNIAL TOWER 101 MARIETTA STREET, ATLANTA, GA 30303

DATE RECEIVED: SEPTEMBER 07, 2010 at 11:40 AM

DOCUMENTS: COMPLAINT, SUMMONS IN A CIVIL ACTION

SERVE TO:  MICHAEL  BELL

ADDRESS: 6480 MARSHAM DRIVE  ATLANTA, GA. 30349 - DEFENDANT'S RESIDENCE

I NON-SERVED the documents listed above on the below dates for the reasons indicated:

## Service Attempts

| Date/Time | | Reason for Non-Service |
|---|---|---|
| 09/07/10 | 6:45 PM | No answer at 6480 Marsham Drive Atlanta, GA. 30349 |
| 09/16/10 | 8:22 PM | John Doe answered little confused and did not understand the question being ask about Micheal Bell at 6480 Marsham Drive Atlanta, GA. 30349 |
| 09/25/10 | 11:15 AM | Same John Doe answered stating to get off of his property and no one named Micheal or Adra Bell lived at 6480 Marsham Drive Atlanta, GA. 30349 |

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Cynthia Moss
DOCKET LEGAL SERVICES
80 Howard Street NW
Atlanta, GA. 30314
(404) 379-3921

Executed on:  11/11/10

Subscribed and sworn to before me, a notary public, on this 11th day of November, 2010.

ID: 10-000421
Client Reference: Pancheo & Bell



PLAINTIFF'S
EXHIBIT
I



Notary Public
Natasha A. Cooper

My Commission Expires:  04-22-12