IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN MENDOZA RIOS, and<br>CARLOS PACHECO,<br><br>Plaintiffs,<br><br>vs.<br><br>BELL'S COMPLETE LANDSCAPING,<br>INC. and MICHAEL BELL,<br><br>Defendants. | )<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO. 1:10-CV-02311-WSD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Affidavit of Juan Mendoza Rios

Plaintiff Juan Mendoza Rios, first being duly sworn, under penalty of perjury, states under oath the following facts:

1.

I am over the age of 21, subject to no legal or other disability, and I make the statements contained in this Affidavit of my own free will, based upon my personal knowledge of the facts stated in this Affidavit.

2.

Bell's Complete Landscaping and Michael Bell hired me to work for them as a laborer in April 2008.

3.

At all times between April 2008 and July 2010, I was employed by Defendants.

4.

During my employment, Defendants provided my tools as well as the supplies I used.

5.

During my employment, Defendants assigned me to specific jobs where I normally worked as one of several landscapers/laborers.

6.

During my employment, Defendants closely supervised my work and controlled the time and manner that I performed my work.

7.

I am not in possession of records showing work hours, schedules or compensation while I was employed by Defendants.

8.

At all times compensable from April 2008 through July 2010, I generally worked six days per week for Defendants.

9.

From April 2008 through July 2010, I worked approximately 69 compensable hours per week for and on behalf of Defendants.

10.

From April 2008 through July 2010, Defendants paid me at a regular hourly rate of $10.00 per hour.

11.

At all times from April 2008 through July 2010, I performed approximately 7,823 total compensable hours of work for Defendants.

12.

Approximately 3,170.5 hours of these hours were performed in workweeks in which I had worked for and on behalf of Defendants an additional forty hours.

13.

Defendants paid me at my regular rate for all hours worked.

14.

Defendants never paid at time and one half for hours worked in excess of forty hours in a week.

15.

Attached hereto as Exhibit "A" to this Affidavit is spreadsheet that accurately sets forth in more detail the hours that I worked, the amount that was paid to me for that work and the amount that is due me for overtime under the FLSA.

16.

Pursuant to the Fair Labor Standards Act of 1938, Defendants are indebted to me for the difference between my regular rate and one and one half times my regular rate for all hours that I worked on their behalf in excess of forty hours in a week.

17.

Based on the calculations set forth in Exhibit "A:" hereto, Defendants are indebted to me for $15,852.55 in unpaid overtime compensation, a like amount as liquidated damages, and my costs of litigation, including my reasonable attorneys' fees.

FURTHER AFFIANT SAYETH NOT

This  23  day of May, 2012.

_____
Juan Mendoza Rios

Sworn to and Subscribed before me
This 23 day of May, 2012

_____
Notary Public State of Georgia
My commission Expires:



ESTIMATE OF TOTAL LOST WAGES

Client: Juan Mendoza Rios

| Week End as per paystubs | Total Hours Actually Worked Per Week | OT Hours Owed | Regular Hours | Hourly Rate (manual) | OT Rate | Total Dollars Due | Total Dollars Paid (Actual Pay) | Dollar Shortage |
|---|---|---|---|---|---|---|---|---|
| First Day: April 2008 | | | | | | | | |
| 4/10/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/17/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/24/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/1/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/8/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/15/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/22/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/29/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/5/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/12/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/19/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/26/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/3/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/10/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/17/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/24/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/31/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/7/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/14/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/21/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/28/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/4/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |

ESTIMATE OF TOTAL LOST WAGES

Client: Juan Mendoza Rios

| Week End as per paystubs | Total Hours Actually Worked Per Week | OT Hours Owed | Regular Hours | Hourly Rate (manual) | OT Rate | Total Dollars Due | Total Dollars Paid (Actual Pay) | Dollar Shortage |
|---|---|---|---|---|---|---|---|---|
| 9/11/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/18/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/25/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/2/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/9/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/16/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/23/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/30/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/6/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/13/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/20/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/27/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/4/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/11/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/18/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/25/2008 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/1/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/8/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/15/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/22/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/29/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/5/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/12/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |

ESTIMATE OF TOTAL LOST WAGES

Client: Juan Mendoza Rios

| Week End as per paystubs | Total Hours Actually Worked Per Week | OT Hours Owed | Regular Hours | Hourly Rate (manual) | OT Rate | Total Dollars Due | Total Dollars Paid (Actual Pay) | Dollar Shortage |
|---|---|---|---|---|---|---|---|---|
| 2/19/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/26/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/5/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/12/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/19/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/26/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/2/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/9/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/16/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/23/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/30/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/7/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/14/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/21/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/28/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/4/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/11/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/18/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/25/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/2/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/9/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/16/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/23/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |

ESTIMATE OF TOTAL LOST WAGES

Client: Juan Mendoza Rios

| Week End as per paystubs | Total Hours Actually Worked Per Week | OT Hours Owed | Regular Hours | Hourly Rate (manual) | OT Rate | Total Dollars Due | Total Dollars Paid (Actual Pay) | Dollar Shortage |
|---|---|---|---|---|---|---|---|---|
| 7/30/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/6/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/13/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/20/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 8/27/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/3/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/10/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/17/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 9/24/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/1/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/8/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/15/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/22/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 10/29/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/5/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/12/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/19/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 11/26/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/3/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/10/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 12/17/2009 | 21.0 | 0.0 | 21.0 | $10.00 | $15.00 | $210.00 | $210.00 | $0.00 |
| 12/24/2009 | 14.0 | 0.0 | 14.0 | $10.00 | $15.00 | $140.00 | $140.00 | $0.00 |
| 12/31/2009 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |

ESTIMATE OF TOTAL LOST WAGES

Client:   Juan Mendoza Rios

| Week End as per paystubs | Total Hours Actually Worked Per Week | OT Hours Owed | Regular Hours | Hourly Rate (manual) | OT Rate | Total Dollars Due | Total Dollars Paid (Actual Pay) | Dollar Shortage |
|---|---|---|---|---|---|---|---|---|
| 1/7/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/14/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/21/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 1/28/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/4/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/11/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/18/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 2/25/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/4/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/11/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 3/18/2010 | 49.5 | 9.5 | 40.0 | $10.00 | $15.00 | $542.50 | $495.00 | $47.50 |
| 3/25/2010 | 69 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/1/2010 | 43.5 | 3.5 | 40.0 | $10.00 | $15.00 | $452.50 | $435.00 | $17.50 |
| 4/8/2010 | 46.0 | 6.0 | 40.0 | $10.00 | $15.00 | $490.00 | $460.00 | $30.00 |
| 4/15/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/22/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 4/29/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/6/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 5/13/2010 | 27.0 | 0.0 | 27.0 | $10.00 | $15.00 | $270.00 | $270.00 | $0.00 |
| 5/20/2010 | 32.0 | 0.0 | 32.0 | $10.00 | $15.00 | $320.00 | $320.00 | $0.00 |
| 5/27/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/3/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/10/2010 | 42.0 | 2.0 | 40.0 | $10.00 | $15.00 | $430.00 | $420.00 | $10.00 |

ESTIMATE OF TOTAL LOST WAGES

Client:   Juan Mendoza Rios

| Week End as per paystubs | Total Hours Actually Worked Per Week | OT Hours Owed | Regular Hours | Hourly Rate (manual) | OT Rate | Total Dollars Due | Total Dollars Paid (Actual Pay) | Dollar Shortage |
|---|---|---|---|---|---|---|---|---|
| 6/17/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 6/24/2010 | 69.0 | 29.0 | 40.0 | $10.00 | $15.00 | $835.00 | $690.00 | $145.00 |
| 7/1/2010 | 38.5 | 0.0 | 38.5 | $10.00 | $15.00 | $385.00 | $385.00 | $0.00 |
| 7/8/2010 | 57.5 | 17.5 | 40.0 | $10.00 | $15.00 | $662.50 | $575.00 | $87.50 |
| **TOTALS** | **7823.0** | **3170.5** | **4652.5** | | | | | **$15,852.50** |

**Juan worked 6 days per week, Mon.-Sat. and sometimes 7 days per week.**
**He was paid $10.00 per hour.  Only paid straight pay, no OT.**
Calculations based on paystubs supplied by client and estimates given by client.
Client estimates he worked 10-13 hours per day and therefore, median of 11 1/2 hours per day used for estimates.
Last day was 7/7/2010.