### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN MENDOZA RIOS, and<br>CARLOS PACHECO, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 1:10-CV-02311-WSD** |
| | ) | |
| vs. | ) | |
| | ) | |
| BELL'S COMPLETE LANDSCAPING, | ) | |
| INC., and MICHAEL BELL, | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF KEVIN D. FITZPATRICK, JR.

Kevin D. Fitzpatrick, Jr., attorney for Plaintiffs, states the following facts under oath:

### 1.

Along with Charles R. Bridgers, I served as co-lead counsel in the above styled case. I make this Declaration based upon my personal knowledge of the facts in support of Plaintiffs' Motion for Default Judgment including Plaintiffs' request for reimbursement of attorneys' fees and costs.

### 2.

I am a 1982 graduate of the Emory University School of Law, where I was

awarded the Labor and Employment Law Award.  I received my B.A. with honors from Oglethorpe University in 1978.  I am admitted in all state courts in Georgia, the United States District Court for the Northern and Middle Districts of Georgia, as well as the United States Court of Appeals for the Eleventh Circuit and the Supreme Court of the United States.  I have been a labor and employment lawyer for 29 years, including 5 years as regional counsel for the Communications Workers of America and 16 years as a staff attorney for the Air Line Pilots Association.  I am a former Chairman of the Labor and Employment Law Section of the Atlanta Bar Association.  I serve on the Railway Labor Act Committee of the American Bar Association's Labor and Employment Law Section.  For the past seven years, I have been in private practice in conjunction with the law firm of Delong, Caldwell, Bridgers and Fitzpatrick, LLC, with an emphasis on labor and employment law.  My legal expertise includes the Fair Labor Standards Act, the National Labor Relations Act, the Railway Labor Act, the Civil Rights Acts of 1964 and 1991, the Occupational Safety and Health Act, and the Employee Retirement and Security Act.  I also serve as a labor arbitrator on the USAirways Pilots System Board of Adjustment.

3.

The following hourly rates were charged in this matter:

- Charles R. Bridgers, lead counsel: $300

- Kevin D. Fitzpatrick, Jr., lead counsel: $300

- Jessica Sorrenti, Paralegal: $85

- Sarah Toenes, Legal Assistant: $45

4.

I am familiar with the legal rates typically charged in the Atlanta

metropolitan area.

5.

The hourly rates charged in this matter are reasonable considering the rates

charged by attorneys and other legal staff in Atlanta in employment cases, our

expertise in employment cases, our willingness to accept such cases on a

contingent hourly fee basis, the language barrier between ourselves and our clients

that had to be bridged by translation and the degree of difficulty normally

encountered in employment cases.

6.

The foregoing rates have been recently approved in other matters in the

United States District Court for the Northern District of Georgia.  As examples:

- October 8, 2010: Approval of $300 per hour for Mr. Bridgers and Mr.

  Fitzpatrick, $85 per hour for Ms. Sorrenti and $45 per hour for Ms. Toenes

in an FLSA case by the Honorable William S. Duffey, Jr. [1]  *Rosas et.al. v. Nunez, et.al.* (1:09-CV-3208 WSD, Dkt. 25)

- February 28, 2011: Approval of $300 per hour for Mr. Bridgers and Mr. Fitzpatrick and $85 per hour for Ms. Sorrenti in a Title VII matter by the Honorable Alan J. Baverman.  *EEOC and Rosas, et.al. v. Nunez, et.al.,* (1:09-cv-02661-WSD, Dkt. 39, pp. 114-117; R&R adopted (as to attorney's fees/costs) by The Honorable William S. Duffey, Jr., Dkt. 43)

- May 20, 2011: Approval of $300 per hour for Mr. Bridgers and Mr. Fitzpatrick, $85 per hour for Ms. Sorrenti and $35 for Ms. Toenes in an FLSA case by the Honorable J. Owen Forrester. *Villasenor v. Professionally Applied Security, et.al.* (1:10-cv-00322-JOF, Dkt. 23, pp. 5-7)(" . . . [B]ased on its own judgment and experience, the court finds that the rates requested by Plaintiff's counsel are reasonable." )

- July 12, 2011: Approval of $300 per hour for Mr. Bridgers and Mr. Fitzpatrick, $85 per hour for Ms. Sorrenti and $45 per hour for Ms. Toenes

_____

[1]    The hourly rates are not specifically listed in Judge Duffey's Order but the Court approved the entire fee application as set out in Mr. Fitzpatrick's affidavit, (1:09-CV-3208 WSD, Dkt. 24-1)

in an FLSA case by the Honorable Richard W. Story.[2] *Cortez v. ED Painting, Inc., et.al.* (1:11-CV-0902-RWS, Dkt. 8)

- July 15, 2011: Approval of $300 per hour for Mr. Bridgers and Mr. Fitzpatrick, $205 for associate Karen Shelley, $85 per hour for Ms. Sorrenti and $45 per hour for Ms. Toenes in an FLSA case by the Honorable Timothy C. Batten, Sr.[3] *Ramos, et. als. v. AEM Construction, Inc., et.als.* (1:10-CV-02689-TCB, Dkt. 15)

- August 17, 2011: Approval of $300 per hour for Mr. Bridgers and Mr. Fitzpatrick, $85 per hour for Ms. Sorrenti and $45 per hour for Ms. Toenes in an FLSA case by the Honorable William S. Duffey, Jr.[4] *Mendez, et. al. v.*

---

[2] The hourly rates are not specifically listed in Judge Story's Order but the Court approved the entire fee application as set out in the Declarations of Mr. Bridgers and Mr. Fitzpatrick, (1:11-CV-0902-RWS, Dkt. 7-2 and Dkt. 7-3)

[3] The hourly rates are not specifically listed in Judge Batten's Order but the Court approved the entire fee application as set out in the Declarations of Mr. Bridgers and Mr. Fitzpatrick, (1:10-CV-02689-TCB, Dkt. 13-4 and Dkt. 13-5)

[4] The hourly rates are not specifically listed in Judge Duffey's Order but the Court approved the entire fee application as set out in the Declarations of Mr. Bridgers

*Mossy Oak Landscape Group, Inc., et.al.* (1:10-CV-3589-WSD, Dkt. 10)

- September 20, 2011: Approval of $300 per hour for Mr. Bridgers and Mr. Fitzpatrick, $85 per hour for Ms. Sorrenti and $45 per hour for Ms. Toenes in an FLSA case which also asserted pendent state law claims by the Honorable Thomas W. Thrash. *Lopez v. KMDJ, Inc., et.als.* (1:10-CV-03430-TWT, Dkt. 13, pp. 29-31) (". . .the Court finds that the fees requested are reasonable.")

7.

Attached as Exhibit "A" and "B" to the contemporaneously filed Declaration of Charles R. Bridgers is a complete and accurate listing of the time and costs expended in this case.  I have reviewed the file and I am familiar with the work that was performed and the circumstances of the case.

8.

Plaintiffs seek reimbursement of $26,615.58 in reasonable attorneys' fees as set out in Exhibit "A". The effort documented in Exhibit "A" was both reasonable and necessary to prosecute this case to a successful conclusion.

---

and Mr. Fitzpatrick, (1:10-CV-3589-WSD, Dkt. 9-3 and Dkt. 9-4)

9.

Plaintiffs seek reimbursement of $646.40 in costs as set out in Exhibit "B". The costs documented in Exhibit "B" were both reasonable and necessary to prosecute this case to a successful conclusion.

10.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC

Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404)979-3150
(404)979-3170 (fax)
Kevin.fitzpatrick@dcbflegal.com
Counsel for Plaintiffs