UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN MENDOZA RIOS and CARLOS PACHECO., <br><br> Plaintiff, <br><br> vs. <br><br> BELL'S COMPLETE LANDSCAPING, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:10-cv-2311-WSD |

# D E F A U L T   J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Plaintiffs' Motion for Default Judgment, and the court having Granted in Part and Denied In Part said motion, it is

**Ordered and Adjudged** that the plaintiff Carlos Pacheco is awarded $8,706.53 in unpaid overtime compensation; $8,706.53 in liquidated damages; and $22,408.18 in attorneys' fees and costs, for a total judgment against Bell Complete Landscaping, Inc. in the amount of $39,821.24 .

Dated at Atlanta, Georgia, this 10th day of August, 2012.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                      By: */s/ K. Thornton*
                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 10, 2012
James N. Hatten
Clerk of Court

By: /s/ K. Thornton
       Deputy Clerk